UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **TYLER FITZGERALD RAYBON-TATE** | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:15-0322 |
| | ] | Judge Trauger |
| **DERRICK SCHOFIELD, et al.** | ] | |
| Defendants. | | |

**O R D E R**

Presently before the Court are defendants' Motion for Summary Judgment (Docket Entry No. 71); a Report and Recommendation (Docket Entry No. 94) from the Magistrate Judge, recommending that the Motion for Summary be denied; defendants' timely objections to the Report and Recommendation (Docket Entry No. 99); and plaintiff's Response (Docket Entry No. 103) to the defendants' objections.

In accordance with the Memorandum contemporaneously entered, the defendants' objections are OVERRULED. The Report and Recommendation is ADOPTED and APPROVED in all regards, and the defendants' Motion for Summary Judgment is hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge